UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHAN BIJLMER, On Behalf of Himself and All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | : <br> : Case No. 19-cv-00511-PAE <br> : |
| v. | : <br> : |
| WILDHORSE RESOURCE DEVELOPMENT CORPORATION, JAY C. GRAHAM, ANTHONY BAHR, BRIAN A. BERNASEK, JONATHAN M. CLARKSON, SCOTT A. GIESELMAN, DAVID W. HAYES, STEPHANIE C. HILDEBRANDT, GRANT E. SIMS, MARTIN W. SUMNER, and TONY R. WEBER, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Johan Bijlmer ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: July 10, 2019              **WEISSLAW LLP**
                                   /s/ Richard A. Acocelli
                                   Richard A. Acocelli

1

                    1500 Broadway, 16th Floor
                    New York, New York 10036
                    Tel: (212) 682-3025
                    Fax: (212) 682-3010
                    Email: racocelli@weisslawllp.com

                    *Attorneys for Plaintiff*

**OF COUNSEL:**

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (212) 308-5858
Fax: (212) 486-0462
Email: fortunato@bespc.com

*Attorneys for Plaintiff*